IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRIAN K. BIGGS                                                                                    PLAINTIFF
ADC #95620

V.                                        NO: 4:09CV00262 JMM/HDY

BRUCE PENNINGTON *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this  21  day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE